IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 25 2003
JUL 18 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Medline Industries, Inc. <br> an Illinois Corporation, <br><br> Plaintiff, <br> v. <br><br> Medline Rx Financial, LLC <br> a Florida Limited Liability Corporation, <br><br> Defendant. | Case No. 03C 3184 <br><br> Hon. Ruben Castillo |

## NOTICE OF MOTION

Please take notice that on Thursday, July 24, 2003, at 9:45 a.m., Plaintiff Medline Industries, Inc. will appear before the Honorable Ruben Castillo in Courtroom 2319 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will present their MOTION FOR ENTRY OF DEFAULT, copies of which are attached and hereby served upon you.

Respectfully Submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON

By: _____
David C. Hilliard (1217496)
Janet A. Marvel (6201597)
Chad J. Doellinger (6274824)
Angela K. Steele (6278509)
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000
Fax: (312) 554-8015

*Attorneys for Plaintiff Medline Industries, Inc.*

14

## **CERTIFICATE OF SERVICE**

I, Chad J. Doellinger, an attorney, hereby certify that on July 18, 2003, I caused a copy of **PLAINTIFF MEDLINE INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT** to be served upon Mark Cohen, Esq., 4000 Hollywood Blvd., Suite 435 South, Hollywood, FL 33021, by facsimile and first class mail, postage prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Medline Industries, Inc.
an Illinois Corporation,

        Plaintiff,

v.

Medline Rx Financial, LLC
a Florida Limited Liability Corporation,

        Defendant.

Case No. 03C 3184

Hon. Ruben Castillo

## PLAINTIFF MEDLINE INDUSTRIES, INC.'S
## MOTION FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(b), plaintiff hereby moves for entry of default judgment against defendant. In support of its motion, plaintiff states as follows:

1. On May 13, 2003, plaintiff filed its complaint and defendant was served.

2. On May 21, 2003, this Court dismissed the complaint without prejudice and gave plaintiff leave to file a brief arguing why jurisdiction and venue were proper and further allowed plaintiff to file a new complaint.

3. On June 3, 2003, plaintiff filed its first amended and supplemental complaint and defendant was served.

4. On June 26, 2003, this Court issued an order that stated plaintiff was "granted leave to proceed with his amended complaint." *See* June 26, 2003, Minute Order. Plaintiff provided defendant with a copy of this Order.

5. Defendant's answer was due no later than on July 16, 2003.

6. To date, defendant has failed to plead or otherwise defend.

147296v1

7. To date, no appearance has been filed in this case on defendant's behalf.

8. Accordingly, plaintiff is entitled to judgment in its favor.

WHEREFORE, plaintiff requests that this Court enter default judgment against defendant, Medline RX Financial, LLC, and award all relief requested in plaintiff's first amended and supplemental complaint.

Dated: July 18, 2003

                      Respectfully submitted,

                      PATTISHALL, McAULIFFE, NEWBURY,
                      HILLIARD & GERALDSON

By: _____
        David C. Hilliard (1217496)
        Janet A. Marvel (6201597)
        Chad J. Doellinger (6274824)
        Angela K. Steele (6278509)
        311 South Wacker Drive, Suite 5000
        Chicago, Illinois 60606
        (312) 554-8000

*Attorneys for Plaintiff Medline Industries, Inc.*